# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Guccione,<br><br>        Plaintiff,<br><br>v.<br><br>301 Scrubs Investors LLC,<br><br>        Defendant. | No. CV-25-01593-PHX-MTL<br><br>**ORDER** |

Pursuant to Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 20), and Federal Rule of Civil Procedure 41(a)(1)(A)(i),

**IT IS ORDERED** that the Clerk of Court must dismiss this action, without prejudice, and close this case.

Dated this 14th day of January, 2026.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge